**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
October 8, 2009

Charles R. Fulbruge III
Clerk

No. 09-20094
Summary Calendar

CHARLES ANTHONY ALLEN, SR.,

Plaintiff - Appellant

v.

RICK THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION; A C JANICEK,
Warden; CODY GINSEL, Assistant Warden; GENE WAKEFIELD, Assistant
Warden; BECKY TIBBS, Supervisor Law Library; CELSO MONJARES, Field
Sergeant; KAREN MALONE, Law Library Clerk; CYNTHIA WOOD, COV
Supervisor; BILLIE HARRIS, COIV Officer; HEATHER HEATHERLY, COV
Officer; KATHERINE RODGERS, COIV Officer; ATTORNEY GENERAL OF
TEXAS,

Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:07-CV-2302

Before REAVLEY, JOLLY, and OWEN, Circuit Judges.
PER CURIAM:[*]

The summary judgment of the district court is affirmed. Plaintiff has
given no admissible evidence of deprivation or liability for violation of his

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

constitutional rights. His conclusions about the legal wrongs inflicted on him and his property, even if sincerely believed, will not be enough to sustain his lawsuit.

AFFIRMED.